1  KENNETH A. FEINSWOG (Bar. No. 129562)
2  400 Corporate Pointe, Suite 300
   Culver City, California 90230
3  Telephone: (310) 846-5800
   Email: kfeinswog@gmail.com
4
5  Attorney for Plaintiffs
6
7
8               **UNITED STATES DISTRICT COURT,**
9      **IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., | CASE NO. CV 10-4429--GHK (PLAx) |
| Plaintiff, | **RENEWAL OF JUDGMENT BY CLERK** |
| v. | |
| EMODA.COM CORPORATION, et al., | |
| Defendants. | |

   Based upon the application for renewal of the original judgment, and pursuant to F.R.C.P. 69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320 and for good cause appearing, therefore:

   The judgment to and against Defendants Gene Therapy Group, Inc. and Willie Escobar Montanez entered on August 9, 2011 (a copy of which is attached) is hereby renewed in the amounts set forth below:

1

Renewal of Money Judgment:

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 64,000.00 |
| b. | Costs after judgment | | 0.00 |
| c. | Attorneys' fees | | 0.00 |
| d. | Subtotal | $ | 64,000.00 |
| e. | Credits after judgment | | 0.00 |
| f. | Subtotal | $ | 64,000.00 |
| g. | Interest after judgment | | 1,023.44 |
| h. | Fee for filing renewal | | 0.00 |
| i. | **Total renewed judgment** | $ | **65,023.44** |

DATED: August 5, 2021

*Sharon Hall Brown*  
_____ Deputy Clerk

KIRY K. GRAY, Clerk of United States District Court

FILED: 8/9/11

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Bravado International Group Merchandising Services, Inc.* ) | CASE NO. CV 10-4429-GHK (PLAx) |
| Plaintiff, ) | **DEFAULT JUDGMENT** |
| v. ) | |
| *Emoda.com Corporation, et al.*, ) | |
| Defendants. ) | |

  Based upon our August 9, 2011 Order Granting Plaintiff Bravado International Group Merchandising Services, Inc.'s ("Plaintiff") Motion for entry of default judgment against Defendants Gene Therapy Group, Inc. and Willie Escobar Montanez ("Defaulting Defendants"), IT IS HEREBY **ADJUDGED** THAT:

  Plaintiff **SHALL** have judgment against Defaulting Defendants jointly and severally in the total principal sum of $64,000, with interest on this principal amount according to the statutory rate pursuant to 28 U.S.C. § 1961(a). The principal sum of $64,000 consists of: $60,000.00 for violation of the Copyright Act, 17 U.S.C. § 504(c), and attorneys' fees in the amount of $4,000.00 under L.R. 55-3.

  Defaulting Defendants, as well their officers, agents, servants, employees, attorneys, and other persons who are in concert or participation with them, who receive

actual notice of this injunction by personal service or otherwise, are **HEREBY RESTRAINED AND ENJOINED** from:

> using the Michael Jackson name, trademarks, likeness, and copyrighted artwork and/or photographs and/or King of Pop mark and/or anything confusingly similar thereto in connection with manufacturing, distributing or sale of any and all merchandise.

Plaintiff **SHALL** serve this Judgment on Default Defendants prior to its execution. The Court **SHALL** retain jurisdiction over this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.

Pursuant to our July 13, 2011 Order, **IT IS FURTHER ADJUDGED THAT** Defendants Emoda.com Corporation a/k/a Emoda.com, Europe Moda, LLC, Daniel Kogan, and Marina Shulman are **DISMISSED with prejudice** pursuant to the Stipulation for Dismissal with Prejudice.

**IT IS SO ORDERED**.

DATED: August 9, 2011

_____
GEORGE H. KING
United States District Judge